UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Rasheed Culler,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Berkeley County Sheriff's Office and<br>Neil McSwain,<br><br>　　　　　Defendants. | Case No.:  2:22-CV-03609-RMG-MHC<br><br><br>STIPULATION OF DISMISSAL |

　　　　Upon the stipulation of counsel for the plaintiff and counsel for the defendant Berkeley County Sheriff's Office and Neil McSwain, the plaintiff hereby dismisses all causes of action against this defendant in the above captioned case *with prejudice* and agrees that the plaintiff is forever barred from instituting or maintaining any further action against this defendant or its employees in regard to the matters set forth in the Complaint herein.

I SO STIPULATE:　　　　　　　　　　　　　I SO STIPULATE:

*S/ Robin L. Jackson*　　　　　　　　　　　　*S/ Julian K. Allen*
Robin L. Jackson　　　　　　　　　　　　　Julian K. Allen
*Senn Legal, LLC*　　　　　　　　　　　　　Allen Law Firm, LLC
P.O. Box 12279　　　　　　　　　　　　　　50 Folly Road Blvd.
Charleston, SC 29422　　　　　　　　　　Charleston, SC 29407
843-556-4045　　　　　　　　　　　　　　843-882-5005
Robin@sennlegal.com　　　　　　　　　　Julian@allenlawsc.com

September 15, 2023　　　　　　　　　　　September 15, 2023
Attorney for Defendants　　　　　　　　　Attorney for Plaintiff